UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

EMA GARP FUND, L.P. and LAWRENCE LEPARD, Individually and on Behalf of all Others Similarly Situated,

        Plaintiffs,

  v.

BANRO CORPORATION and JOHN CLARKE,

        Defendants.

———————————————————————— X

No. 1:18-cv-01986-KPF

## NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF DEFENDANTS BANRO CORPORATION AND JOHN CLARKE

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the First Amended Complaint of Defendants Banro Corporation and John Clarke, and the declaration in support thereof, Defendants Banro Corporation and John Clarke will move this Court at such time and place as the Court designates, before the Honorable Katherine Polk Failla, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007 for an Order dismissing this action with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1), and for any further relief that the Court may deem just and proper.

[*Signature Page to Follow*]

Dated: May 18, 2018
New York, New York

Respectfully submitted,

 /s/Stephen M. Baldini
Stephen M. Baldini
Ira S. Dizengoff
Sara L. Brauner
Stephanie Lindemuth
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
sbaldini@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com
slindemuth@akingump.com

*Attorneys for Defendants Banro Corporation and John Clarke*