

STEPHEN M. BALDINI
+1 212.872.1062/fax: +1 212.872.1002
sbaldini@akingump.com

July 16, 2018

**VIA ECF AND EMAIL**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *EMA GARP Fund, L.P.,* et al. *v. Banro Corporation,* et al., No. 18-cv-01986

Dear Judge Failla:

      We represent the defendants Banro Corporation ("Banro") and John Clarke (together with Banro, the "Defendants") in the above-referenced action.

      In accordance with Rule 4.E of Your Honor's Individual Rules of Practice in Civil Cases, we write to request oral argument in connection with Defendants' motion to dismiss the first amended complaint (ECF Doc. No. 28), which has now been fully briefed.

      Thank you for your attention to this matter.

                                                                    Respectfully submitted,

                                                                  */s/Stephen M. Baldini*
                                                                  Stephen M. Baldini

cc:      All Counsel of Record