UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMA GARP FUND and LAWRENCE LEPARD,
Individually and on Behalf of All Others Similarly
Situated,
                      Plaintiff,

    -against-                                       18 **CIVIL** 1986 (KPF)

**JUDGMENT**

BANRO CORPORATION and JOHN A. CLARKE,
                        Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2019, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           February 22, 2019

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                               BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/22/2019